CHRISTEN ARCHER PIERROT, ESQ

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*5464*

Index no : 1:22-CV-00774-LJV

| Plaintiff(s): | ANN SEYBOLDT |
| --- | --- |
| | vs. |
| Defendant(s): | LINDE, INC. A DELAWARE CORPORATION., et al |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

**William Feliciano**, the undersigned, being duly sworn, deposes and says:
Deponent is not a party herein and is over 18 years of age.

On **01/04/2023** at **10:01 AM**, I served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT** with the index#**1:22-CV-00774-LJV** endorsed thereon on **ADMINISTRATION AND INVESTMENT COMMITTEE FOR THE LINDE U.S. RETIREMENT PLANS** at **10 RIVERVIEW DR, DANBURY, CT 06810** in the manner indicated below:

ENTITY/CORPORATION/LLC/LLP SERVICE: By delivering a true copy of said documents to **Sanaa Almarayati, AUTHORIZED** of the above named corporation/government agency/entity. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **ADMINISTRATION AND INVESTMENT COMMITTEE FOR THE LINDE U.S. RETIREMENT PLANS**, and the recipient responded in the affirmative.

Comments: **Title: Manager Of Legal Services**

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| **Female** | Tan | Brown | 55-65 | 5ft 0in -5ft 3in | 131-160 lbs |
| Other Features: **Wears Glasses** | | | | | |

Sworn to and subscribed before me on 01/05/2023

_____
DANIEL P. BECKER
Notary Public, New York State
NO: 01BE5077108
Qualified In Putnam County
Commision Expires May 5, 2023

X _____
William Feliciano
Empire State Process Services
P.O. BOX 491
SHENOROCK, NY 10587
845-544-9284